**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,

        Plaintiff,

    v.

DAN TRENT COMPANY, INC., et al.,

        Defendants.

Case No.  CV 26-991-GW-RAOx

**ORDER TO DISMISS WITHOUT PREJUDICE**

Based upon Plaintiffs' Notice of Settlement and Voluntary Dismissal without Prejudice [14] filed on May 19, 2016, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 19, 2026



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE